994

No. 9, Orig. UNITED STATES *v.* LOUISIANA ET AL. (LOUISIANA BOUNDARY CASE), *ante,* p. 11. Petition for rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 964. INTER NATIONAL BANK OF MIAMI *v.* BROCK, TRUSTEE, ET AL., 393 U. S. 1118; and

No. 987. ALAMEDA CONSERVATION ASSN. *v.* CITY OF ALAMEDA ET AL., *ante,* p. 906. Petitions for rehearing denied.

No. 317. DI PIETTO ET AL. *v.* UNITED STATES, *ante,* p. 310. Petition for rehearing on behalf of Di Pietto, Infelice, and Santucci denied.

No. 562. BENSON *v.* CARTER, PROBATION OFFICER, ET AL., 393 U. S. 1080; and

No. 595. HINGER *v.* CITY OF PIQUA, 393 U. S. 1001. Motions for leave to file petitions for rehearing denied.

No. 752. MILTON FRANK ALLEN PUBLICATIONS, INC. *v.* GEORGIA ASSOCIATION OF PETROLEUM RETAILERS, INC., 393 U. S. 1025, 1112. Motion for leave to file second petition for rehearing denied.

No. 792. BIRNBAUM *v.* UNITED STATES, *ante,* p. 922. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 1011. O'BRYAN *v.* CHANDLER, CHIEF JUDGE, U. S. DISTRICT COURT, *ante,* p. 906. Motion to dispense with printing petition granted. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition.